**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

**CIVIL ACTION No.: 1:26-cv-13303**

JASMINE FRANCIS
    Plaintiff,

v.

BOSTON SCHOOL COMMITTEE
    Defendant.

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1441 and 1446, Defendant Boston School Committee (the "School Committee") files this Notice of Removal of the above-captioned case from the Superior Court Department of the Trial Court of the Commonwealth of Massachusetts, Suffolk County, to the United States District Court for the District of Massachusetts. In support of this notice of removal, the City states as follows:

## CASE BACKGROUND AND GROUNDS FOR REMOVAL

1. On June 12, 2026, Plaintiff commenced this civil action in the Suffolk Superior Court against Defendant, styled as *Jasmine Francis v. Boston School Committee*, Civil Action No.: 2684CV01744 (the "State Court Action"). Plaintiff asserts eight counts against Defendant.

2. The School Committee was served with a copy of the complaint on or about July 9, 2026.

1

3. Plaintiff asserts various federal questions giving rise to the original jurisdiction of this Court, under 28 U.S.C., § 1331. Plaintiff's Counts III, IV and VI assert federal claims under Section 29 U.S.C., §§ 207(a) and 216(b) as follows:

> Count I – Violation of 29 U.S.C. § 207(a)(1) against Defendant;

> Count II – Violation of 29 U.S.C. § 207(a)(1) (as interpreted by 29 C.F.R. § 785.19(a)) against Defendant;

> Count III – Violation of 29 U.S.C. § 207(a)(1) (willful violation extending limitations period under 29 U.S.C. §255(a)) against Defendant;

> Count IV: Violation of 29 U.S.C. § 216(b) against Defendant.

4. The rest of Plaintiff's counts assert state Wage Act violations and state contract claims against Defendant, including pursuant to G.L. c. 149, § 148.

5. As required by 28 U.S.C. § 1446(a), attached as Exhibit 1 is a copy of the process and pleadings served on the School Committee in the State Court Action. This Notice of Removal is filed prior to the expiration of 30 days from the date of service. *See*, 28 U.S.C. § 1446(b)(1); *Murphy Bros., Inc. v. Michetti Pipe Stringing, Inc.*, 526 U.S. 344 (1999).

6. This Court has federal question subject matter jurisdiction over this matter pursuant to 28 U.S.C. § 1331 as the civil action arises under Chapter 29 of the United State Code.

7. Venue is proper in this Court pursuant to 28 U.S.C. § 1441(a) because the State Court Action is pending in Massachusetts.

8. This Notice of Removal has been served on Plaintiff's counsel. A Notice of Filing of Notice of Removal, attached hereto as Exhibit 2, will be filed in the Suffolk Superior Court upon the filing of this Notice of Removal.

**WHEREFORE**, the School Committee hereby removes the above-captioned case from the Superior Court Department of the Trial Court for the Commonwealth of Massachusetts (Suffolk) and requests that further proceedings be conducted in this Court as provided by law.

Date: July 22, 2026

Respectfully submitted,
**Defendant, Boston School Committee**
By its attorney, Michael Firestone
Corporation Counsel
/s/ Sarah Lottman
Sarah Lottman BBO #713358
Assistant Corporation Counsel
2300 Washington Street, 4th Floor
Bruce C. Bolling Building
Roxbury, MA 02119
P: (617) 635-9320
F: (617) 635-9327
slottman@bostonpublicschools.org

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing document was electronically filed with the Court's e-file system and was mailed to counsel of record on July 22, 2026.

Plaintiff's Counsel:
Rosa Lee Klaneski, Esq.
1380 Main St
Suite 410
Springfield, MA  01103

/s/ Sarah Lottman
Sarah Lottman

3